1  RACHAEL AGUIRRE (SBN No. 227470)
   COUNSEL
2  SCREEN ACTORS GUILD, INC.
   5757 Wilshire Blvd., 8th Floor
3  Los Angeles, CA 90036-3600
   Telephone: (323) 549-6628
4  Facsimile: (323) 549-6624
   raguirre@sag.org
5
   Attorney for Petitioner
6  Screen Actors Guild, Inc.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>MOTOCROSS THE MOVIE, LLC,<br><br>Respondent. | Case No.  CV 12-02998 SJO (SHx)<br><br>**JUDGMENT**<br><br>Date:<br>Time:<br>Place:<br>Judge: |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. came before the Court.  Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any hearing:

///

///

///

[PROPOSED] JUDGMENT

- 1 -

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1.  The arbitration award in favor of Screen Actors Guild, Inc. ("SAG") and against Respondent Motocross the Movie, LLC, ("Respondent") SAG Case No. TM 0002016 dated April 7, 2008, is confirmed in all respects.

2.  Motocross the Movie, LLC is hereby ordered to pay as follows:

    (a) To Screen Actors Guild, Inc., on behalf of affected performer, the sum of $3,110.00;

    (b) Pursuant to the provisions of the Security Agreement, SAG is granted an assignment of Producer's accounts receivable from the distribution, exploitation or other use of the Picture anywhere in the world until the amounts due are paid in full.

    (c) SAG is authorized to engage in any of the remedial actions provided for in the Security Agreement.

    (d) The parties are ordered to split the $800 fee of the arbitrator.

    (e) To Screen Actors Guild, Inc. for its attorney's fees incurred in this action, the sum of $3,200; and

    (f) To Screen Actors Guild, Inc. for its costs incurred in this action, the sum of $350.

Dated: _May 14, 2012

*S. James Otero* (signature)

---

Judge of the United States District Court